**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | CASE NO: 2:23-CR-112 |
| LISA GUZMAN,<br>Defendant | ) | |

**MOTION TO CONTINUE TRIAL AND RESET FINAL PRE-TRIAL CONFERENCE**

Comes now Defendant, Lisa Guzman, by counsel, and moves the Court for an Order continuing the Jury Trial and resetting the Final Pre-Trial Conference in this matter. In support of said Motion, the Defendant shows the following:

1. The Defendant is charged in an Indictment filed on November 15, 2023, with a violation of 18 U.S.C. § 1347 and 18 U.S.C. § 2.

2. A Jury Trial is scheduled for September 21, 2026, at 9:00 a.m. before Judge Gretchen S. Lund, and a Final Pre-Trial Conference is currently set for September 9, 2026, at 3:00 p.m. before Magistrate Judge John E. Martin.

3. Attorney Michael A. Campbell and the Government are still going through voluminous discovery and working on a possible non-trial resolution.

4. The Government, by Assistant United States Attorney Francis Sohn, has no objection to the instant Motion in light of the foregoing.

5. Counsel for the Defendant has spoken with his client regarding his continuance request and the Defendant is in agreement with same. Specifically, the Defendant has been advised of his rights pursuant to the Speedy Trial Act, and agrees that any delay in proceeding to trial that is occasioned by this request to reset the pending Final Pre-Trial and Trial dates are to be excluded for purposes of the Speedy Trial Act.

6. That pursuant to 18 U.S.C. §3161(h)(7)(A) the ends of justice served by taking such action outweigh the best interest of the public and the Defendant to a speedy trial.

7. The delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(i) and (iv).

**WHEREFORE,** Defendant Lisa Guzman, by counsel, moves the Court for an Order continuing the trial currently set for September 21, 2026, at 9:00 a.m. for a period of no less than ninety (90) days, and resetting the Final Pre-Trial Conference.

/s/ Michael A. Campbell
Michael A. Campbell, Esq.
Indiana Attorney Registration No.: 30558-45

603 N. Main Street
Crown Point, IN 46307
Telephone: (219) 234-2370
Fax No.: (219) 234-2369
e-mail: mac@attorney-campbell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August 2026, I electronically filed Motion to Continue Trial and Reset Final Pre-Trial Conference on behalf of Defendant Lisa Guzman with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to the following:

Francis Sohn francis.sohn@usdoj.gov

I further certify that I have caused the foregoing to be served by United States First Class Mail, postage prepaid, upon the following non CM/ECF participants:

None.

/s/ Michael A. Campbell
Counsel for
Defendant Lisa Guzman